United States District Court
Middle District of Florida
Jacksonville Division

**DENISE BRINKLEY,**

    *Plaintiff,*

v.                                     No. 3:23-cv-1207-TJC-PDB

**PHILO, INC.,**

    *Defendant.*

## Order

Considering the amended complaint, Doc. 28, the parties move to vacate the deadline for the plaintiff to respond to the motion to stay the case and compel arbitration or to dismiss, Doc. 27, and to permit the defendant to renew that motion. Doc. 29. The parties' motion is **granted** to the following extent. The current motion to stay the case and compel arbitration or to dismiss, Doc. 27, is **denied** as moot and without prejudice to re-asserting any arguments made. By **January 18, 2024**, the defendant must renew that motion or otherwise respond to the complaint.

**Ordered** in Jacksonville, Florida, on December 29, 2023.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*