UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DENISE BRINKLEY, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

PHILO, INC.,

    Defendant.

_____/

Case No. 3:23-cv-01207

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**NOTICE OF NON-OPPOSITION**

    Plaintiff Denise Brinkley hereby gives notice that she does not oppose Defendant's Motion to Compel Arbitration, [DE 31], and respectfully requests for the Court to enter a stay of this case pending completion of the arbitration proceedings.

Dated: February 1, 2024

Respectfully submitted,

By:

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel Hiraldo, Esq.*
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
mhiraldo@hiraldolaw.com
305.336.7466
**Lead Counsel for Plaintiff*