**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DENISE BRINKLEY,

Plaintiff,

Case No. 3:23-cv-1207-TJC-PDB

v.

PHILO, INC.,

Defendant.

---

**ORDER**

Upon review of the Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. 38), filed on February 10, 2025, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The file remains closed.

**DONE AND ORDERED** in Jacksonville, Florida, the 20th day of February, 2025.

Timothy J. Corrigan
TIMOTHY J. CORRIGAN
Senior United States District Judge

jcd
Copies:

Counsel of record